| | |
|---|---|
| DIVERSIFIED FINISHING SYSTEMS, ET AL, | JUDGMENT IN A CIVIL CASE |
|     Plaintiffs, | |
| vs. | |
| ENGINEERED PAINT APPLICATIONS LLC, ET AL, | CASE NO: 17-1063-STA-egb |
|     Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that in accordance with the Consent Order of Dismissal With Prejudice entered on March 19, 2018, this cause is hereby dismissed with prejudice.

APPROVED:

s/ S. Thomas Anderson
CHIEF JUDGE UNITED STATES DISTRICT COURT

DATE: 3/19/2018

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk